# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODI SINCLAIR | : | CIVIL ACTION |
| Plaintiff, | : | CASE NO.: 21-869 |
| v. | : | |
| INNOVAGE PENNSYLVANIA LIFE LLC | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through undersigned the counsel, hereby agree to the dismissal of this action, with prejudice, consistent with Fed.R.Civ.P. 41(a)(1)(A)(ii) with each party to bear its own costs.

| | |
|---|---|
| */s/ Julia W. Clark* | *s/ Gina Ameci* |
| Julia W. Clark | Gina Ameci |
| Karpf, Karpf & Cerutti, P.C. | Buchanan Ingersoll & Rooney PC |
| Two Greenwood Square | Two Liberty Place |
| 3331 Street Road, Suite 128 | 50 S. 16th Street, Suite 3200 |
| Bensalem, PA 19020 | Philadelphia, PA 19102-2555 |
| (215) 639-0801 | (215) 665-3804 |
| jclark@karpf-law.com | gina.ameci@bipc.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

DATED: August 16, 2021